IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE RESEARCH FOUNDATION OF STATE UNIVERSITY OF NEW YORK; NEW YORK UNIVERSITY; GALDERMA LABORATORIES INC.; AND GALDERMA LABORATORIES, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. <br><br> Defendant. | C.A. No. 09-184 (LPS) |
| MYLAN PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> GALDERMA LABORATORIES INC., GALDERMA LABORATORIES, L.P., and SUPERNUS PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 10-892 (LPS) |

## JOINT ERRATA FOR TRIAL TRANSCRIPTS

POTTER ANDERSON & CORROON LLP
Richard L. Horwitz (# 2246)
David E. Moore (# 3983))
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Mylan Pharmaceuticals Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for The Research Foundation of State University of New York, New York University, Galderma Laboratories Inc., Galderma Laboratories, L.P., Galderma Laboratories Inc., Galderma Laboratories, L.P. and Supernus Pharmaceuticals, Inc.*

OF COUNSEL:

David S. Steuer
Matthew R. Reed
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94394-1050
(650) 493-9300

July 20, 2011

OF COUNSEL:

Gerald J. Flattmann, Jr.
Christine Willgoos
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

**Research Foundation of State University of New York, et al. v. Mylan Pharmaceuticals, Inc.**
Case No. 09-184-LPS
*Mylan Pharmaceuticals, Inc. v. Galderma Labs., et al.*
Case No. 10-892-LPS

**Parties' Joint Errata for Trial Transcripts dated 7/5/2011 to 7/8/2011**

| Page:Line | Errata | Correction |
|---|---|---|
| 1:16 | Monday | Tuesday |
| 6:14 | Dr. Redding's | Dr. Rudnic's |
| 6:15 | Dr. Reddy's | Dr. Rudnic's |
| 10:12 | between | behind |
| 11:8 | treated | created |
| 13:23 | supposed | supposedly |
| 14:1 | CollaGenex's | CollaGenex |
| 18:13 | use | used |
| 19:9 | Toltan | Talton |
| 21:12 | themes | these |
| 23:2 | take | teach |
| 24:8 | But | But the |
| 25:1 | interrogatory | interrogatories |
| 25:7 | much of | of |
| 26:25 | never a | never |
| 29:20 | wouldn't | won't |
| 30:1 | that in | that are in |
| 31:11 | Maybe | Much less |
| 31:12 | formulations | portions |
| 34:11 | doesn't | don't |
| 34:19 | in amounts | in claimed amounts |
| 34:23 | nitro oxide or inducible nitro | nitric oxide or inducible nitric |
| 35:19 | nitro | nitric |
| 35:25 | dropped it | dropped its |
| 36:1 | obviousness | obviousness defense |
| 36:11 | in d | in |
| 36:25 | problem | public |
| 37:14 | crying | clear |
| 37:21 | rosacea | Oracea |
| 71:22 | immune system | innate immune system |
| 71:25 | native | innate |
| 72:3 | Galderma | Gallo |
| 72:20 | rosacea | Oracea |
| 73:14 | wide | white |
| 75:15 | diary | diarrhea |
| 76:17 | suspect | the same |
| 77:12 | augur | agar |
| 77:20 | M C | MIC |
| 83:1 | drug | row |
| 85:19 | an | and |
| 86:20 | condition | section |

| Page:Line | Errata | Correction |
|---|---|---|
| 90:13 | equities | effects |
| 93:10 | date | data |
| 93:11 | PTX-314 | PTX-413 |
| 98:5 | in vivo to in vivo | in vitro to in vivo |
| 99:24 | prosecution | percent |
| 101:15 | it | that |
| 103:4 | phases | states |
| 105:20 | to | do |
| 107:21 | duration | calculation |
| 109:9 | in | and |
| 110:19 | 30 | 40 |
| 111:17 | 10 | 40 |
| 111:18 | sub-bacterial | sub-antibacterial |
| 114:14 | early | little |
| 115:9 | Oracea | references |
| 128:21 | not | nothing |
| 132:1 | rosacea | Oracea |
| 138:22 | PTX-2322 | DTX 2322 |
| 143:7 | disclosure | exposure |
| 145:25 | sample | sampled |
| 146:3 | statistical | statistically |
| 147:16 | flabella | glabella |
| 147:20 | flabella | glabella |
| 151:10 | much | of |
| 154:10 | flabella | glabella |
| 156:19 | stand | stands |
| 162:5 | Helibactora | Helicobacter |
| 164:18 | non-bacterial static concentration | non-bacteriostatic concentrations |
| 171:21 | What | When |
| 172:15 | Monopharmaceutics | Modern Pharmaceutics |
| 177:11 | product | products |
| 181:20 | Covans (phonetic) | Covance |
| 186:10 | or | of |
| 192:9 | Do you | Q. Do you |
| 193:8 | patents | patent |
| 193:18 | relation | system |
| 196:8 | '829 | '819 |
| 201:10 | each | teach |
| 204:9 | peritonitis | periodontitis |
| 207:25 | Lens of a | lens of the |
| 216:5 | PTX-50 | PTX-530 |
| 216:8 | PTX-50 | PTX-530 |
| 224:11 | Carbitol | Carbatrol |
| 226:22 | them | that |
| 228:1 | that you tell | that tell you |
| 229:10 | SythesPharma | Scintipharma |
| 231:5 | doxycycline two to | doxycycline in two to |
| 231:17 | secreted | excreted |
| 231:19 | secretion | excretion |
| 234:11 | Oracea | ratio |

2

| Page:Line | Errata | Correction |
|---|---|---|
| 245:15 | Carbitol | Carbatrol |
| 246:13 | Carbitol | Carbatrol |
| 262:3 | of | for |
| 262:3 | in | and |
| 267:15 | WOOD | REED |
| 268:3 | affects | effects |
| 268:23 | Bruch Gerhars | Bruch-Gerharz |
| 269:12 | WOOD | REED |
| 269:22 | pathogenetic (occurs twice) | pathogenic |
| 270:2 | leucocyte | leukocyte |
| 270:13 | leucocytes | leukocytes |
| 270:19 | Shulman | Schöllmann |
| 270:23 | Yamazaki | Yamasaki |
| 270:24 | Gallow | Gallo |
| 270:24 | Molecular Car Pathology | Molecular Pathology |
| 271:8 | disregulated | dysregulated |
| 272:6 | Rosacea, | Rosacea: |
| 272:14 | WOOD | REED |
| 273:2 | develop | development |
| 274:9 | WOOD | REED |
| 274:23 | extravagation | extravasation |
| 275:7 | disregulated | dysregulated |
| 275:8 | ions | iNOS |
| 276:7 | up regulation | upregulation |
| 276:16 | ion | iNOS |
| 277:6 | iso-enzyme | enzyme |
| 278:9 | ions | iNOS |
| 279:23 | 3.2 | 322 |
| 280:24 | up regulation | upregulation |
| 281:18 | macrophage | macrophages |
| 282:7 | in | and |
| 287:21 | Oracea | rosacea |
| 288:10 | Oracea | rosacea |
| 288:15 | product in | product, in |
| 288:16 | Oracea | rosacea |
| 297:10 | pathogenetic | pathogenic |
| 301:14 | WOOD | REED |
| 301:18 | WOOD | REED |
| 301:24 | WOOD | REED |
| 304:22 | WOOD | REED |
| 305:2 | WOOD | REED |
| 305:3 | WOOD | REED |
| 318:3 | up-regulatable | upregulated |
| 318:7 | up-regulatable | upregulated |
| 321:2 | in end | and in |
| 329:12 | WOOD | REED |
| 329:15 | WOOD | REED |
| 331:9 | WOOD | REED |
| 331:13 | WOOD | REED |
| 331:23 | WOOD | REED |

3

| Page:Line | Errata | Correction |
|---|---|---|
| 340:20 | she | he |
| 361:12 | now | not |
| 374:16 | Tuesday | Wednesday |
| 376:24 | WOOD | REED |
| 377:8 | WOOD | REED |
| 384:6 | Wood | Reed |
| 384:11 | WOOD | REED |
| 384:24 | Walters-Kluwer | Wolters Kluwer |
| 385:16 | WOOD | REED |
| 386:3 | WOOD | REED |
| 386:10 | WOOD | REED |
| 386:23 | WOOD | REED |
| 388:18 | WOOD | REED |
| 388:24 | WOOD | REED |
| 389:7 | WOOD | REED |
| 390:1 | WOOD | REED |
| 390:9 | WOOD | REED |
| 390:12 | WOOD | REED |
| 390:15 | WOOD | REED |
| 390:16 | briefs | pages |
| 390:24 | WOOD | REED |
| 400:16 | ever | ever call up |
| 404:9 | eight | ate |
| 412:15 | prepared this slide | prepared slides |
| 413:9 | of | for |
| 413:16 | did | do |
| 413:25 | hold | have |
| 414:2 | author | authored |
| 414:23 | focussed | focused |
| 418:6 | Carrie | Karrie |
| 419:21 | of | [remove "of"] |
| 425:10 | indigent | integer |
| 428:15 | dermatalgic | dermatologic |
| 433:12 | showings | shows |
| 440:6 | prescription March | prescription in March |
| 449:15 | name | [remove "name"] |
| 453:18 | independent | dependent |
| 453:20 | specifically | specific |
| 455:6 | decade | decades |
| 455:8 | does | doses |
| 459:3 | infringes is | infringes if |
| 464:12 | hydrate | hyclate |
| 464:20 | tat | that |
| 464:23 | dermatalgic | dermatologic |
| 464:25 | of | or |
| 465:6 | conferred | converted |
| 466:11 | as well the | as well as the |
| 474:23 | possessing | possess |
| 478:21 | pilus | pilo |
| 479:15 | we treated | retrieved |
| 479:15 | pilus | pilo |

| Page:Line | Errata | Correction |
|---|---|---|
| 479:20 | pilus | pilo |
| 480:8 | 1970 | 1970s |
| 483:1 | pilus | pilo |
| 490:24 | other | another |
| 492:11 | dermatalgic | dermatologic |
| 492:15 | opthalmalgic | ophthalmologic |
| 492:15 | occular | ocular |
| 494:8 | objection see | oxy |
| 494:8 | thugs | thus |
| 495:21 | the that | the claims that |
| 496:9 | at | of |
| 498:6 | Oracea | rosacea |
| 503:7 | Corre3vct | Correct |
| 503:17 | HIPPA | HIPAA |
| 503:20 | HIPPA | HIPAA |
| 518:14 | not | now |
| 522:23 | didn't | did |
| 527:12 | h pylori | H. pylori |
| 529:18 | does | dose |
| 539:18 | 730 | 732 |
| 548:9 | Harry | Henry |
| 561:7 | studied | funded |
| 572:14 | in case | indicate |
| 575:15 | Walker study | Walker 2000 study |
| 611:9 | hours, it's | hours. It's |
| 611:10 | per mil.  For the | per mil for the |
| 628:19 | 1524 | 154 |
| 630:10 | cites | sites |
| 640:17 | and | at |
| 640:18 | administration at | administration and |
| 648:23 | cites | sites |
| 656:13 | no9t | not |
| 663:18 | millimeter | milliliter |
| 680:1 | etched | evidence |
| 681:20 | millimeter | milliliter |
| 682:11 | millimeter | milliliter |
| 683:6 | millimeter | milliliter |
| 685:2 | millimeter | milliliter |
| 685:7 | millimeter | milliliter |
| 685:23 | millimeter | milliliter |
| 687:1 | millimeter | milliliter |
| 687:11 | millimeter | milliliter |
| 687:19 | millimeter | milliliter |
| 689:18 | millimeter | milliliter |
| 695:5 | Bruch-Gerhars | Bruch-Gerharz |
| 698:20 | Shulman | Schöllmann |
| 699:12 | Bruch Gerhars | Bruch-Gerharz |
| 699:14 | Bruch Gerhars | Bruch-Gerharz |
| 715:22 | Chang patent | Amin patents |
| 720:19 | millimeter | milliliter |
| 720:21 | millimeter | milliliter |

| Page:Line | Errata | Correction |
|---|---|---|
| 722:9 | millimeter | milliliter |
| 722:9 | access | x axis |
| 723:16 | not | in |
| 725:7 | coating | coding |
| 726:22 | leucocyte | leukocyte |
| 730:10 | Thelma | Bouwsma |
| 751:10 | starting | start up |
| 751:18 | Spark | SPARK |
| 751:20 | The purpose of the Spark program is to lead as | The purpose of the SPARK program is to link up |
| 752:2 | appear | a peer |
| 752:5 | appearing | peer reviewing |
| 752:15 | KK2 | Caco-2 |
| 756:9 | Partitioner | A practitioner |
| 760:14 | be valid | invalid |
| 761:23 | Mohlberg | Malmborg |
| 765:4 | simulistic plot | semilog plot |
| 766:13 | primer | parameters |
| 766:19 | credit size | criticize |
| 776:7 | millimeter | milliliter |
| 776:21 | millimeter | milliliter |
| 776:22 | millimeter | milliliter |
| 780:14 | Mylan | Elan |
| 781:14 | microcytes. | microbicides. |
| 782:9 | witness binder thee at | witness binder at |
| 782:22 | expert in the designing | expert in the field of designing |
| 785:4 | claimed of 0.1 | claimed of 0.3 |
| 786:3 | below low a | below a |
| 786:13 | SODIS and IPDOS. | SODAS and IPDAS. |
| 796:4 | ratio of ranges | range of ratios |
| 800:17 | a dependent | an independent |
| 800:22 | times of acne. | forms of acne. |
| 806:21 | do is it | does it |
| 813:24 | millimeter | milliliter |
| 814:17 | millimeter | milliliter |
| 814:24 | millimeter | milliliter |
| 834:3 | millimeter | milliliter |
| 834:4 | millimeter | milliliter |
| 858:25 | millimeter | milliliter |
| 860:1 | millimeter | milliliter |
| 864:17 | WESTIN | GILL |
| 864:17 | Karen | Kirin |
| 865:9 | under | understand |
| 868:1 | session | says |
| 868:9 | companions | compositions |
| 869:10 | inconveniencing | invention |
| 878:12 | I was | is |
| 897:15 | millimeter | milliliter |
| 897:16 | millimeter | milliliter |
| 899:22 | millimeter | milliliter |

| Page:Line | Errata | Correction |
|---|---|---|
| 908:15 | chose | choose |
| 915:15 | millimeter | milliliter |
| 919:5 | millimeter | milliliter |
| 919:8 | mid release | immediate-release |
| 919:14 | millimeter | milliliter |
| 928:8 | millimeter | milliliter |
| 928:9 | millimeter | milliliter |
| 945:14 | millimeter | milliliter |
| 945:18 | millimeter | milliliter |
| 953:5 | millimeter | milliliter |
| 953:6 | millimeter | milliliter |
| 976:12 | were | are |
| 977:1 | concentrations | concentration |
| 978:7 | asserted | contested |
| 979:23 | taught that both | taught both |
| 980:14 | that have | when they would have |
| 981:18 | Mylan | Mylan's |
| 981:19-20 | limitation claim | claim limitation |
| 981:23 | the reducing | reducing the |
| 982:12 | doxycycline per day or | doxycycline or |
| 982:15 | use an anti-infection | use in an infection |
| 983:22 | He | It |
| 985:18 | antibody tissue | body tissues |
| 987:10 | are | are the result of |
| 989:19 | above | about |
| 991:20 | file | pile |
| 992:15 | that doesn't | doesn't |
| 992:16 | bacteria flora or bacteria flora | bacterial flora or bacterial flora |
| 999:25 | patents | references |
| 1000:25 | tact | tactic |
| 1001:4 | creditably | credibly |
| 1003:18 | the idea | an idea |
| 1004:19 | okay | "okay" |
| 1005:10 | immediate-release, | immediate-release and |
| 1006:8 | dose | doses |
| 1009:1 | oxide in | oxide synthase in |
| 1010:7 | His own | Mylan's own |
| 1011:11 | rosacea | Oracea |
| 1012:12 | that particular | that any particular |