# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

September 8, 2011

The Honorable Leonard P. Stark                           *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  *The Research Foundation of State University of New York, et al.
     v. Mylan Pharmaceuticals Inc.;* C.A. No. 09-184 (LPS)

     *Mylan Pharmaceuticals Inc. v. Galderma Laboratories, Inc., et al.;*
     C.A. No. 10-892 (LPS)

Dear Judge Stark:

Now that briefing has been completed on the post-trial remedy issues, Galderma is available at the Court's convenience to present argument on the issues raised if that would be helpful to the Court.

Respectfully,

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/dlb
cc:  Clerk of Court (Via Electronic Filing)
     Richard L. Horwitz, Esquire (Via Electronic Mail)
     David S. Steuer, Esquire (Via Electronic Mail)
     Gerald J. Flattmann, Jr., Esquire (Via Electronic Mail)