

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

**www.potteranderson.com**

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

September 9, 2011

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

> Re:     *The Research Foundation of State University of New York, et al. v. Mylan Pharmaceuticals Inc.*, C.A. No. 09-184-LPS
>
>         *Mylan Pharmaceuticals Inc. v. Galderma Laboratories Inc., et al.*, C.A. No. 10-892-LPS

Dear Judge Stark:

    We have received Galderma's letter regarding oral argument on post-trial remedy issues (D.I. 289 and 160) and we are happy to appear for oral argument if it would be helpful for the Court.

                    Respectfully,

                    */s/ Richard L. Horwitz*

                    Richard L. Horwitz

RLH/nmt/1026919/34192

cc:     Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)