**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE RESEARCH FOUNDATION OF STATE UNIVERSITY OF NEW YORK; NEW YORK UNIVERSITY; GALDERMA LABORATORIES INC.; AND GALDERMA LABORATORIES, L.P., )<br><br>Plaintiffs, )<br><br>v. )<br><br>MYLAN PHARMACEUTICALS INC. )<br><br>Defendant. ) | C.A. No. 09-184-LPS |
| MYLAN PHARMACEUTICALS INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>GALDERMA LABORATORIES INC.; GALDERMA LABORATORIES, L.P.; AND SUPERNUS PHARMACEUTICALS, INC. )<br><br>Defendants. ) | C.A. No. 10-892-LPS |

## MYLAN'S OPPOSITION TO MOTION TO RELEASE BOND

Mylan Pharmaceuticals Inc. ("Mylan") respectfully opposes Galderma's motion for an order to release the Preliminary Injunction bond. Mylan intends to file a Notice of Appeal regarding the Court's May 16, 2012 Order, including the Court's order denying Mylan's request to recover damages incurred as a result of the Preliminary Injunction.

The purpose of a Preliminary Injunction bond is to "provide[] a fund to use to compensate incorrectly enjoined defendants." *Instant Air Freight Co. v. C.F. Air Freight, Inc.*, 882 F.2d 797, 804 (3d Cir. 1989); *see also* Fed. R. Civ. P. 65(c) (a Preliminary Injunction bond is intended "to pay the costs and damages sustained by any party found to have been wrongfully

enjoined or restrained.").  Because the dispute regarding Mylan's right to compensation from the

bond will be appealed and remains unresolved, there is no just cause to exonerate the bond.  *See*

*Buddy Sys., Inc. v. Exer-Genie, Inc.*, 545 F.2d 1164, 1169-70 (9th Cir. 1976) (referring to the

district court's premature exoneration of the PI bond prior to the appeal in a patent case as

"erroneous"); Wright & Miller § 2972 ("A district court should not release a surety prior to a

final determination of the dispute.  Nor probably should the court release the surety if an appeal

is pending by the principal's opponent, absent a determination on the issue of damages.").

Galderma's motion thus invites the Court to commit error.  Notably, Galderma did not

cite any authority in support of its motion.

Accordingly, Mylan respectfully opposes Galderma's motion to release the bond.

Respectfully submitted,

OF COUNSEL                                POTTER ANDERSON & CORROON LLP

David S. Steuer
Matthew R. Reed                           By:  */s/ Richard L. Horwitz*
Kirin K. Gill                                  Richard L. Horwitz (#2246)
WILSON SONSINI GOODRICH & ROSATI               David E. Moore (#3983)
650 Page Mill Road                             Hercules Plaza, 6th Floor
Palo Alto, CA 94304                            1313 N. Market Street
Tel: (650) 493-9300                            Wilmington, DE  19801
                                               Tel:  (302) 984-6000
Tung-On Kong                                   rhorwitz@potteranderson.com
WILSON SONSINI GOODRICH & ROSATI               dmoore@potteranderson.com
One Market Street
Spear Tower, Suite 3300                   *Attorneys for Defendant and*
San Francisco, CA 94106                   *Declaratory Judgment Plaintiff,*
Tel: (650) 493-9300                       *Mylan Pharmaceuticals Inc.*

Lori P. Westin
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real
San Diego, CA 92130
Tel: (858) 350-2300

Dated:  June 13, 2012
1063154 / 34192

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 13, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 13, 2012, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE  19899
jblumenfeld@mnat.com
mnoreika@mnat.com

Gerald J. Flattmann, Jr.
Melanie R. Rupert
Christine Willgoos
Joseph M. O'Malley
Jason T. Christiansen
Ryan H. Coletti
Evan D. Diamond
Shenade Walker
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
geraldflattmann@paulhastings.com
melanierupert@paulhastings.com
christinewillgoos@paulhastings.com
josephomalley@paulhastings.com
jasonchristiansen@paulhastings.com
ryancoletti@paulhastings.com
evandiamond@paulhastings.com
shenadewalker@paulhastings.com

By:    /s/ David E. Moore
       Richard L. Horwitz
       David E. Moore
       POTTER ANDERSON & CORROON LLP
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

987582/34192 (both)

3